FILED, ENTERED AND NOTED IN CIVIL DOCKET

FEB 5 1997

LOU ALEKSICH, JR. CLERK

DIANNE E. MANTZ

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

By _____ Deputy

MISSOULA DIVISION — DISTRICT OF — MONTANA

THE CONFEDERATED SALISH AND
KOOTENAI TRIBES OF THE
FLATHEAD NATION, Plaintiff
V.

MARC RACICOT, Governor of the
State of Montana, et al.,
          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-93-144-M-CCL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Defendants' motion to dismiss for lack of subject matter having been GRANTED,

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED, that Plaintiff take nothing thereby and that all relief is denied.

United States of America } ss.
District of Montana

I, the undersigned, clerk of the United States District Court for the District of Montana, do hereby certify that the annexed and foregoing is a true and full copy of an original document on file in my office as such Clerk,

Witness my hand and Seal of said Court this 5th day of February 19 97

LOU ALEKSICH, JR. _____ Clerk

By _____ Deputy Clerk

FEBRUARY 5, 1997                          LOU ALEKSICH, JR.

Date                                       Clerk

                                          DIANNE E. MANTZ

                                          (By) Deputy Clerk

J/O Vol 61, pg 4040